IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED

AUG 22 2019

Clerk, U.S. Courts
District Of Montana
Missoula Division

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CURTIS DONALD CLINE,

Defendant.

CR 11–12–H–DLC

ORDER

Before the Court is the United States' Unopposed Motion for Telephonic

Testimony. (Doc. 87.)

IT IS ORDERED that the motion (Doc. 87) is GRANTED. Patricia Pizzo

may testify by telephone at the revocation hearing in this matter. The United

States shall make arrangements with the Court's information technology

department and Ms. Pizzo.

DATED this 22ⁿᵈ day of August, 2019.

Dana L. Christensen, Chief Judge
United States District Court